## *In re* FRED W. GAIL.

Submitted on briefs Oct. 18, 1894.   Dismissed Nov. 27, 1894.

No. 8953.

Petition of Dwight M. Sabin filed June 7, 1894, in this court asking that respondent, Fred W. Gail, an attorney and counsellor of this court, practising at Stillwater, be removed and disbarred.   The facts are sufficiently stated in the previous case.   *In re Jasper N. Searles,* ante p. 196.

*Fayette Marsh,* for petitioner.

*Fred W. Gail, pro se.*

PER CURIAM.   The proofs in this matter having been duly examined and considered, and the court being of the opinion that said F. W. Gail is not guilty of any of the accusations made against him, it is ordered that the proceedings be, and they are hereby, dismissed.

(Opinion published 60 N. W. 1008.)